Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–25032–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William H. Kohlman
28 Whitman Street
West Orange, NJ 07052

Melissa Kohlman
28 Whitman Street
West Orange, NJ 07052

Social Security No.:
xxx–xx–3437

xxx–xx–7255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/5/19 at 10:00 AM

to consider and act upon the following:

*71* – Objection to (related document:70 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 28 WHITMAN STREET, WEST ORANGE, NJ 07052. Fee Amount $ 181. filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED, SECURITIES TRUST 2006–AB1, MORTGAGE PASS–THROUGH CERTIFICATES, SERIES, 2006–AB1, 60 Order (Generic)) filed by Denise E. Carlon on behalf of MASTR Asset Backed Securities Trust 2006–AB1, Mortgage Pass–Through Certificates, Series 2006–AB1, U.S. Bank National Association, as Trustee. Objection deadline is 04/26/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor MASTR Asset Backed Securities Trust 2006–AB1, Mortgage Pass–Through Certificates, Series 2006–AB1, U.S. Bank National Association, as Trustee) filed by Timothy P. Kane on behalf of Melissa Kohlman, William H. Kohlman. (Attachments: # 1 Certificate of Service) (Kane, Timothy)

Dated: 4/29/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court