Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−25032−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William H. Kohlman
28 Whitman Street
West Orange, NJ 07052

Melissa Kohlman
28 Whitman Street
West Orange, NJ 07052

Social Security No.:
xxx−xx−3437

xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/5/19 at 10:00 AM

to consider and act upon the following:

*71* − Objection to (related document:70 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 28 WHITMAN STREET, WEST ORANGE, NJ 07052. Fee Amount $ 181. filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED, SECURITIES TRUST 2006−AB1, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES, 2006−AB1, 60 Order (Generic)) filed by Denise E. Carlon on behalf of MASTR Asset Backed Securities Trust 2006−AB1, Mortgage Pass−Through Certificates, Series 2006−AB1, U.S. Bank National Association, as Trustee. Objection deadline is 04/26/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor MASTR Asset Backed Securities Trust 2006−AB1, Mortgage Pass−Through Certificates, Series 2006−AB1, U.S. Bank National Association, as Trustee) filed by Timothy P. Kane on behalf of Melissa Kohlman, William H. Kohlman. (Attachments: # 1 Certificate of Service) (Kane, Timothy)

Dated: 4/29/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
William H. Kohlman
Melissa Kohlman
    Debtors

Case No. 16-25032-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 29, 2019
                Form ID: ntchrgbk      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
db/jdb      +William H. Kohlman,  Melissa Kohlman,  28 Whitman Street,  West Orange, NJ 07052-2028
cr      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MAS,  Phelan Hallinan & Schmieg, PC,
       400 Fellowship Road,  Suite 100,  Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr      +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:41:01  Synchrony Bank,
       c/o Recovery Mmgt. Sys.,  25 SE 2nd Ave., Ste. 1120,  Miami, FL 33131-1605
                                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
           Andrew L. Spivack     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR
            ASSET BACKED, SECURITIES TRUST 2006-AB1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES, 2006-AB1
            nj.bkecf@fedphe.com
           Denise E. Carlon     on behalf of Creditor     MASTR Asset Backed Securities Trust 2006-AB1, Mortgage
            Pass-Through Certificates, Series 2006-AB1, U.S. Bank National Association, as Trustee
            dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
           James Patrick Shay     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR
            ASSET BACKED, SECURITIES TRUST 2006-AB1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES, 2006-AB1
            jpshay@mdwcg.com,  jpshay@gmail.com
           Marie-Ann Greenberg     magecf@magtrustee.com
           Michael Frederick Dingerdissen     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS
            TRUSTEE FOR MASTR ASSET BACKED, SECURITIES TRUST 2006-AB1, MORTGAGE PASS-THROUGH CERTIFICATES,
            SERIES, 2006-AB1 nj.bkecf@fedphe.com
           Nicholas V. Rogers     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR
            ASSET BACKED, SECURITIES TRUST 2006-AB1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES, 2006-AB1
            nj.bkecf@fedphe.com
           Rebecca Ann Solarz     on behalf of Creditor     MASTR Asset Backed Securities Trust 2006-AB1,
            Mortgage Pass-Through Certificates, Series 2006-AB1, U.S. Bank National Association, as Trustee
            rsolarz@kmllawgroup.com
           Timothy P. Kane     on behalf of Joint Debtor Melissa  Kohlman bankruptcy@abdykane.com
           Timothy P. Kane     on behalf of Debtor William H. Kohlman bankruptcy@abdykane.com
                                                                                                                 TOTAL: 9