Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16−25032−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William H. Kohlman                        Melissa Kohlman
   28 Whitman Street                          28 Whitman Street
   West Orange, NJ 07052                  West Orange, NJ 07052

Social Security No.:
   xxx−xx−3437                               xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     7/17/19
Time:    10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Timothy P. Kane, Debtor's Attorney

COMMISSION OR FEES
$3,629.55

EXPENSES
$0

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 10, 2019
JAN:

                                                       Jeanne Naughton
                                                       Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                         Case No. 16-25032-RG
William H. Kohlman                                                             Chapter 13
Melissa Kohlman
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Jun 10, 2019
                               Form ID: 137                 Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
db/jdb         +William H. Kohlman,    Melissa Kohlman,    28 Whitman Street,    West Orange, NJ 07052-2028
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MAS,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516324923       Amex,   Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
516324922       Amex,   PO Box 981537,    El Paso, TX 79998-1537
516324924       Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
518103916      +Citibank, N.A.,    6716 Grade Ln Blg 9 STE 910-PY DEPT,    Louisville KY 40213-3410
516559968      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
516324925       Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
516324929      +Midland Funding, LLC,    16 Wing Drive,    Cedar Knolls, NJ 07927-1023
516324930       Morris Anesthesia Group, P.A.,    3799 US Highway 46 Ste 211,    Parsippany, NJ 07054-1060
516448761      +Seton Hall University,    400 South Orange Ave,    South Orange NJ 07079-2697
518005009      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518005010      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516494643       U.S. BANK N.A., AS TRUSTEE FOR MASTR ASSET et.al.,    WELLS FARGO BANK, N.A.,
                 Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516324933       Visa Dept Store National Bank,    Attn: Bankruptcy,    PO Box 8053,   Mason, OH 45040-8053
516324934     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:    Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701-4747)
516324935       Wells Fargo Home Mtg,    Written Correspondence Resolutions MAC#X,     PO Box 10335,
                 Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 00:31:53      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 00:31:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 00:27:55      Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516506190       E-mail/Text: ally@ebn.phinsolutions.com Jun 11 2019 00:30:45      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516324920       E-mail/Text: ally@ebn.phinsolutions.com Jun 11 2019 00:30:45      Ally FInancial,
                 PO Box 380901,    Bloomington, MN 55438-0901
516324921       E-mail/Text: ally@ebn.phinsolutions.com Jun 11 2019 00:30:45      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517312106      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2019 00:28:09      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587,
                 LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
517312105       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2019 00:28:44      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516560514       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2019 00:28:44
                 LVNV Funding, LLC its successors and assigns as,    Attn: Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517223375       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2019 00:28:44
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC 29603-0587
516324927      +E-mail/Text: bk@lendingclub.com Jun 11 2019 00:32:16      Lending Club Corp,    71 Stevenson St,
                 San Francisco, CA 94105-2985
516324928       E-mail/Text: bk@lendingclub.com Jun 11 2019 00:32:16      Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
516324931      +E-mail/PDF: bankruptcy@ncfsi.com Jun 11 2019 00:28:41      New Century Financial,
                 Suite 104 2 Ridgedale Avenue,    Cedar Knolls, NJ 07927-1118
516324932      +E-mail/Text: bankruptcy@senexco.com Jun 11 2019 00:30:41      Senex Services Corp,
                 333 Founds Rd,    Indianapolis, IN 46268
516376645       E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 00:29:08      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516324926      ##Eastern Revenue Inc,   998 Old Eagle School Rd,   Wayne, PA 19087-1805
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jun 10, 2019
                              Form ID: 137             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR
               ASSET BACKED, SECURITIES TRUST 2006-AB1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES, 2006-AB1
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    MASTR Asset Backed Securities Trust 2006-AB1, Mortgage
               Pass-Through Certificates, Series 2006-AB1, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR
               ASSET BACKED, SECURITIES TRUST 2006-AB1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES, 2006-AB1
               jpshay@mdwcg.com,   jpshay@gmail.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS
               TRUSTEE FOR MASTR ASSET BACKED, SECURITIES TRUST 2006-AB1, MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES, 2006-AB1 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR
               ASSET BACKED, SECURITIES TRUST 2006-AB1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES, 2006-AB1
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    MASTR Asset Backed Securities Trust 2006-AB1,
               Mortgage Pass-Through Certificates, Series 2006-AB1, U.S. Bank National Association, as Trustee
               rsolarz@kmllawgroup.com
              Timothy P. Kane    on behalf of Debtor William H. Kohlman bankruptcy@abdykane.com
              Timothy P. Kane    on behalf of Joint Debtor Melissa  Kohlman bankruptcy@abdykane.com
                                                                                             TOTAL: 9
```