UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Abdy & Kane, P.C.
Timothy P. Kane, Esq. (TPK-9921)
A Bethwood Professional Building
97 Lackawanna Avenue
Totowa, New Jersey  07512
(973) 890-9090
Attorney(s) for Debtor(s)

Order Filed on July 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William H. Kolhman & Melissa Kohlman
Debtors

Case No.: 16-25032

Chapter: 13

Judge: RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 19, 2019**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Timothy P. Kane, Esq._____, the applicant, is allowed a fee of $ _____3556.00_____ for services rendered and expenses in the amount of $_____73.55_____ for a total of $_____3,629.55_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*