**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Abdy & Kane, P.C.
Timothy P. Kane (TPK - 9921)
Bethwood Professional Building
97 Lackawanna Avenue, Suite 301
Totowa, New Jersey 07512
(973) 890-9090
Attorney for Debtor, Maria O. Segura

**Order Filed on November 7, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

William Kohlman and
Melissa Kohlman,


Debtors

**Case No.:** 16-25032

**Adv. No.:**

**Hearing Date:**

**Judge:** RG

---

**ORDER APPROVING SPECIALIZED LOAN SERVICING, LLC MODIFICATION AGREEMENT**
**DATED SEPTEMBER 19, 2019 ON THE PROPERTY LOCATED AT**
**28 WHITMAN STREET, WEST ORANGE, NJ**

    The relief set forth on the following pages, numbered two (2) through _____  is
hereby **ORDERED**.

**DATED: November 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
Debtor: William Kohlman and Melissa Kohlman
Case No.  16-25032 (RG)
Caption of Order: Order Approving Specialize Loan Servicing Modification Agreement on the Property
        Located at 28 Whitman Street, West Orange, NJ
_____

THIS MATTER having been presented to the Court on the Debtor's Motion to Approve a Loan Modification issued by Specialized Loan Servicing, for the first mortgage lien holder of U.S. Bank National Association, As Trustee For Master Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1, via its servicer, Wells Fargo Bank, N.A., on the property located at 28 Whitman Street, West Orange, NJ;

And the Court having reviewed Debtor's application as well as any additional supporting documentation submitted and after hearing oral argument, if any, and for good cause having been shown;

IT IS HEREBY ORDERED:

That the Debtor's request to approve the Specialized Loan Servicing Modification Agreement, secured against the property located at 28 Whitman Street, West Orange, New Jersey, is hereby granted, the terms of which are as follows:

The interest rate is hereby reset to the rate of 4.000% effective on the commencement of the Modification Agreement which will began on October 1, 2109 with the first payment due November 1, 2019; the monthly mortgage payments will be based on a forty (40) year repayment period; the mortgage loan maturity date will be January 1, 2033, and there is a Deferral of Principal in the sum of $157,712.80 for which no interest will be due on that amount;

IT IS FURTHER ORDERED that the Trustee will make no further disbursements on this Wells Fargo mortgage loan as per the Proof of Claim filed for the mortgage which is the subject of this loan modification.

IT IS FURTHER ORDERED that the approval and recording (if applicable) of the loan modification documents shall in no way constitute a violation of the automatic Stay.