Certificate Number: 05781-NJ-DE-035942882

Bankruptcy Case Number: 16-25032



05781-NJ-DE-035942882

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2021, at 9:08 o'clock AM PDT, William Kohlman Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 25, 2021            By:   /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President

Certificate Number: 05781-NJ-DE-035942881

Bankruptcy Case Number: 16-25032



05781-NJ-DE-035942881

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2021, at 9:08 o'clock AM PDT, Melissa Kohlman completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 25, 2021          By:    /s/Allison M Geving

                                 Name:  Allison M Geving

                                 Title: President