UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Wiliam H. Kohlman
Melissa Kohlman

Case No.: 16-25032

Chapter: 13

Judge: RG

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, William H. Kohlman, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/28/2021

/s/ William H. Kohlman
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>Wiliam H. Kohlman<br>Melissa Kohlman | Case No.: | 16-25032 |
| | Chapter: | 13 |
| | Judge: | RG |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Melissa Kohlman, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/28/2021

/s/ Melissa Kohlman
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*